IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC., | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-08-1879 |
| KEITH BAKER *et al.*, | § § § | |
| Defendants. | § § | |

## MEMORANDUM AND ORDER

Plaintiff Financial Federal Credit Inc., filed a motion for summary judgment against defendants Dale Milo Baker and Barbara Darlene Baker. (Docket Entry No. 14). On November 4, 2008, these defendants filed for bankruptcy protection under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court of the Western District of Oklahoma, Cause Number 08-14980. (Docket Entry No. 19). This bankruptcy filing operates to stay the proceedings against Dale Baker and Barbara Baker in this case. The motion for summary judgment is denied.

This court previously granted a motion for default judgment against Kirk Baker and stayed the case as to Keith Baker, who filed for bankruptcy. Given the bankruptcy stay as to three of the four defendants, plaintiff must file a statement no later than December 15, 2008 showing cause why this case should not be administratively closed during the bankruptcy stay or, alternatively, what orders may be appropriate.

SIGNED on November 25, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge